IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

RENEE DAVIS,

                Plaintiff,

-v-                                6:24-CV-0204 (GTS-ML)

MARTIN O'MALLEY,
Commissioner of Social Security,

                Defendant.

## STIPULATION FOR REMAND

**IT IS HEREBY STIPULATED AND AGREED** by and between Vernon Norwood, Special Assistant United States Attorney, for Carla B. Freeman, United States Attorney for the Northern District of New York, attorneys for the defendant herein, and Justin M. Goldstein, Esq., attorney for Plaintiff, that the final decision of the Commissioner be reversed and the above-captioned action be remanded to the Commissioner of Social Security for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g). Upon remand, the ALJ shall further evaluate the medical evidence of record, reassess Plaintiff's RFC, take any further action necessary to complete the administrative record, and issue a new decision. The Clerk is directed to enter judgment. *See Shalala v. Schaefer*, 509 U.S. 292 (1993).

Dated: June 4, 2024
       Syracuse, New York

The undersigned hereby consent to the form and entry of the within order.

| | |
|---|---|
| CARLA B. FREEMAN<br>United States Attorney | LAW OFFICES OF KENNETH HILLER<br>Attorney for Plaintiff |
| By: */s/ Vernon Norwood*<br>Vernon Norwood<br>Special Assistant U.S. Attorney<br>Bar No. 513792<br>6401 Security Boulevard<br>Baltimore, MD 21235<br>(212) 264-9471<br>vernon.norwood@ssa.gov | By: */s/ Justin Goldstein*<br>JUSTIN M. GOLDSTEIN, Esq.<br>6000 North Bailey Avenue – Suite 1A<br>Amherst, New York 14226<br>(716) 564-3288<br>jgoldstein@kennethhiller.com |

SO ORDERED:

*[signature]*
Glenn T. Suddaby
U.S. District Judge

Dated: June 7, 2024